# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  MARIANNE I. LINDELL
1539 TIMBERWOOD
SYCAMORE, IL  60178

Case Number: 06-72217

SSN-xxx-xx-4868

Case filed on:  11/23/2006
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,894.85

Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A HART | 2,500.00 | 2,500.00 | 1,118.94 | 0.00 |
| | Total Legal | 2,500.00 | 2,500.00 | 1,118.94 | 0.00 |
| 010 | VENTUS CAPITAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MARIANNE I. LINDELL | 0.00 | 0.00 | 326.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 326.00 | 0.00 |
| 001 | COUNTRYWIDE HOME LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | HARRIS BANK/CONSUMER LOAN CENTER | 3,317.99 | 3,317.99 | 2,040.44 | 159.56 |
| | Total Secured | 3,317.99 | 3,317.99 | 2,040.44 | 159.56 |
| 003 | AMERICAN EXPRESS BANK FSB | 13,191.71 | 13,191.71 | 0.00 | 0.00 |
| 004 | CAPITAL ONE | 4,569.12 | 4,569.12 | 0.00 | 0.00 |
| 005 | B-REAL LLC | 14,459.44 | 14,459.44 | 0.00 | 0.00 |
| 006 | B-REAL LLC | 15,376.21 | 15,376.21 | 0.00 | 0.00 |
| 007 | CHASE BANK USA NA | 1,081.37 | 1,081.37 | 0.00 | 0.00 |
| 008 | CHASE BANK USA NA | 8,611.88 | 8,611.88 | 0.00 | 0.00 |
| 009 | DISCOVER FINANCIAL SERVICES | 7,124.44 | 7,124.44 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 12,518.12 | 12,518.12 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 2,575.43 | 2,575.43 | 0.00 | 0.00 |
| 013 | LVNV FUNDING LLC | 2,921.13 | 2,921.13 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 7,795.63 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 90,224.48 | 82,428.85 | 0.00 | 0.00 |
| | Grand Total: | 96,042.47 | 88,246.84 | 3,485.38 | 159.56 |

Total Paid Claimant:      $3,644.94
Trustee Allowance:        $249.91
Percent Paid Unsecured:      0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008          By  /s/Heather M. Fagan